# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAZAL GROUP, LLC, a California limited liability company<br><br>Plaintiff,<br><br>vs.<br><br>SURGE UNIVERSAL, INC. and DOES 1 to 10,<br><br>Defendants. | Case No.: CV 18-4983-DMG (FFMx)<br><br>**ORDER RE DISMISSAL OF ACTION WITH PREJUDICE [60]** |

Pursuant to the parties' stipulation, and good cause appearing, the above-entitled action is dismissed with prejudice.

IT IS SO ORDERED.

DATED: December 10, 2019

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE